■ In the Matter of PATRICIA M. MAHER, Appellant, v BOARD OF ELECTIONS OF THE COUNTY OF NASSAU, Respondent, and NORMAN ST. GEORGE, Respondent. [746 NYS2d 618]

It is undisputed that the petitioner is a candidate in the primary election for the nomination of the Liberal Party as its candidate for the office in question. Under such circumstances, she has standing as an aggrieved candidate to maintain this proceeding (*see Matter of Liepshutz v Palmateer,* 112 AD2d 1098, *affd* 65 NY2d 963; *Matter of Martin v Tutunjian,* 89 AD2d 1034). Smith, J.P., Goldstein, Friedmann, Mastro and Rivera, JJ., concur.